In re:  
Erik Andreas Nybo  
Heather Lee Nybo  
    Debtor(s)

Case No. 20-02593-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 06, 2020      Form ID: ntcnfhrg      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

@      Recipients marked '@' were noticed on Oct 09, 2020.

>      Recipients marked '>' were noticed on Oct 08, 2020.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| >db/jdb | + | Erik Andreas Nybo, Heather Lee Nybo, 58 Washington Boulevard, Williamsport, PA 17701-5140 |
| @5355594 | | AES / PHEAA, PO Box 2461, Harrisburg, PA 17105-2461 |
| >5355595 | | Apothaker Scian, PC, 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| >5355599 | + | Citibank, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| >5363478 | | EMERGENCY CARE SERVICE OF PA, PC, WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37950-0250 |
| >5355604 | ++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662 address filed with court:, First Federal Credit Control, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| >5355606 | + | Midland Mortgage Co., PO Box 26648, Oklahoma City, OK 73126-0648 |
| >5360565 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| >5355608 | + | Paramount Recovery, PO Box 23369, Waco, TX 76702-3369 |
| >5355609 | + | Radius Global Solutions, LLC, PO Box 390905, Edina, MN 55439-0905 |
| @5355610 | + | Santander Bank, NA, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| >5355611 | + | Specialized Loan Servicing, LLC, 8742 Lucent Boulevard, Suite 300, Highlands Ranch, CO 80129-2386 |
| >5355613 | + | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |
| >5359693 | + | Wilmington Savings Fund Society,FSB Trustee(See410, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 06 2020 19:08:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5355597 | | Email/Text: bankruptcy@cavps.com | Oct 06 2020 18:57:00 | Cavalry Portfolio Services, PO Box 27288, Tempe, AZ 85285 |
| 5357116 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 06 2020 19:08:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5355596 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 06 2020 19:08:35 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5359195 | + | Email/Text: bankruptcy@cavps.com | Oct 06 2020 18:57:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5355598 | + | Email/Text: nailda@centralcreditaudit.com | Oct 06 2020 18:57:00 | Central Credit Audit, PO Box 735, Sunbury, PA 17801-0735 |
| 5358298 | | Email/Text: mrdiscen@discover.com | Oct 06 2020 18:56:00 | Discover Bank, Discover Products Inc, PO Box |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany OH 43054-3025 |
| 5355600 | | Email/Text: mrdiscen@discover.com | Oct 06 2020 18:56:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5355602 | + | Email/Text: bknotice@ercbpo.com | Oct 06 2020 18:56:00 | Enhanced Recovery Company, LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 5355603 | | Email/Text: bankruptcynotice@fcbanking.com | Oct 06 2020 18:56:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 5355604 | | Email/Text: alyse@ffcc.com | Oct 06 2020 18:56:00 | First Federal Credit Control, 24700 Chagrin Boulevard, Suite 205, Cleveland, OH 44122 |
| 5355605 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2020 18:56:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5355607 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 06 2020 18:56:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5356098 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 06 2020 19:08:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5355612 | | Email/PDF: gecsedi@recoverycorp.com | Oct 06 2020 19:08:34 | Synchrony Bank / Google Store, Attn: Bankruptcy Department, PO Box 965064, Orlando, FL 32896-5064 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5355601 | ##+ | Eastern Revenue, Inc., 998 Old Eagle School Road #1204, Wayne, PA 19087-1805 |
| jdb | *+ | Heather Lee Nybo, 58 Washington Boulevard, Williamsport, PA 17701-5140 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Heather Lee Nybo pmurphy@dplglaw.com kgreene@dplglaw.com |

Paul Donald Murphy-Ahles
    on behalf of Debtor 1 Erik Andreas Nybo pmurphy@dplglaw.com kgreene@dplglaw.com

Rebecca Ann Solarz
    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Erik Andreas Nybo,<br>**Debtor 1**<br><br>Heather Lee Nybo,<br>**Debtor 2** | Chapter 13<br><br>Case No. 4:20−bk−02593−RNO |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **November 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>US Courthouse, Courtroom 3, 3rd Floor, 240 West 3rd Street,<br>Williamsport, PA 17701 | Date: December 4, 2020<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 6, 2020 |

ntcnfhrg (03/18)