**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Eric Andreas Nybo<br>**Debtor 1**<br>Heather Lee Nybo<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 4:20-BK-02593-RNO |

**NOTICE OF CHANGE OF ADDRESS**

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| FROM: | TO: |
|---|---|
| Eastern Revenue, Inc.<br>998 Old Eagle School Road #1204<br>Wayne, PA 19087-1805 | Eastern Revenue, Inc.<br>601 Dresher Road, Suite 301<br>Horsham, PA 19044 |

Date: February 2, 2021

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*