# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re: Erik Andreas Nybo
Heather Lee Nybo

Case No.: 4-20-02593MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | MidFirst Bank |
| Court Claim Number: | 12 |
| Last Four of Loan Number: | 8638 |
| Property Address if applicable: | 58 Washington Blve |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $891.77 |
| b. | Prepetition arrearages paid by the trustee: | $891.77 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $891.77 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: March 26, 2024

                                                 Respectfully submitted,

                                                 /s/ Jack N. Zaharopoulos
                                                 Standing Chapter 13 Trustee
                                                 Suite A, 8125 Adams Drive
                                                 Hummelstown, PA  17036
                                                 Phone:  (717) 566-6097
                                                 Fax:  (717) 566-8313
                                                 email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Erik Andreas Nybo
     Heather Lee Nybo

Case No.: 4-20-02593MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 26, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Paul Murphy-Ahles, Esquire
Dethlefs, Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

**Served by First Class Mail**
MidFirst Bank
999 NW Grand Blvd, Suite 100
Oklahoma City, OK 73118


Erik Andreas Nybo
Heather Lee Nybo
58 Washington Blvd
Williamsport, PA 17701

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 26, 2024

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-02593      ERIK ANDREAS NYBO

**MIDFIRST BANK**
999 NORTHWEST GRAND BLVD
SUITE 100
OKLAHOMA CITY, OK  73

Sequence: 24
Modify:
Filed Date:
Hold Code:

**Acct No:** Washington Blvd - PRE-ARREA
ARREARS - 58 WASHINGTON BLVD

|  | Amt Sched: | $45,963.00 | Debt: | $891.77 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $891.77 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **MIDFIRST BANK** | | | | | | | |
| 521-0 | MIDFIRST BANK | | 02/16/2022 | 2009763 | $280.83 | $0.00 | $280.83 | 03/02/2022 |
| 521-0 | MIDFIRST BANK | | 01/19/2022 | 2008777 | $296.33 | $0.00 | $296.33 | 02/01/2022 |
| 521-0 | MIDFIRST BANK | | 12/15/2021 | 2007773 | $296.33 | $0.00 | $296.33 | 12/23/2021 |
| 521-0 | MIDFIRST BANK | | 11/16/2021 | 2006748 | $18.28 | $0.00 | $18.28 | 11/24/2021 |
| | | | | Sub-totals: | $891.77 | $0.00 | $891.77 | |
| | | | | Grand Total: | $891.77 | $0.00 | | |