**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Erik Andreas Nybo
      Heather Lee Nybo

                                    Case No.:  4-20-02593MJC

                                    Chapter 13

            **Debtor(s)**

                **NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to
cure the pre-petition and post-petition default in the claim below has been paid in full and the
debtor(s) have completed all payments under the plan.

**PART 1:  MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Specialized Loan Servicing LLC |
| Court Claim Number: | 07 |
| Last Four of Loan Number: | 9643 |
| Property Address if applicable: | 58 Washington Blve |

**PART 2:  CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,762.35 |
| b. | Prepetition arrearages paid by the trustee: | $1,762.35 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $1,762.35 |

**PART 3:  POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their
counsel, and the trustee, within 21 days after service of this notice, a statement indicating
whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the
default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs
and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are
current on all postpetition payments as of the date of the response.  Failure to file and serve the
statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: March 26, 2024

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:  Erik Andreas Nybo
     Heather Lee Nybo

                                     Case No.:  4-20-02593MJC

                                     Chapter 13

              **Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on March 26, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

 **Served Electronically**
 Paul Murphy-Ahles, Esquire
 Dethlefs, Pykosh & Murphy
 2132 Market Street
 Camp Hill, PA  17011

 **Served by First Class Mail**
 Specialized Loan Servicing LLC
 6200 Quebec Street
 Greenwood Village, CO  8011


 Erik Andreas Nybo
 Heather Lee Nybo
 58 Washington Blvd
 Williamsport, PA  17701

I certify under penalty of perjury that the foregoing is true and correct.


Date:  March 26, 2024                  /s/  Donna Schott
                                          Office of the Standing Chapter 13 Trustee
                                          Jack N. Zaharopoulos
                                          Suite A, 8125 Adams Dr.
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-02593      **ERIK ANDREAS NYBO**

**SPECIALIZED LOAN SERVICING LLC**
PO BOX 636007

LITTLETON, CO  80163-

Acct No:  Washington Blvd _ PRE-ARRE.

ARREARS - 58 WASHINGTON BLVD

|  |  |  |
|---|---|---|
| | Debt: $1,762.35 | Interest Paid: $0.00 |
| Amt Sched: $2,112.00 | | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $1,762.35 | Balance Due: $0.00 |

Sequence: 24
Modify:
Filed Date:
Hold Code:

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |

| **5200** | **SPECIALIZED LOAN SERVICING LLC** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 02/16/2022 | 2009970 | $554.97 | $0.00 | $554.97 | 02/25/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 01/19/2022 | 2009021 | $585.63 | $0.00 | $585.63 | 01/25/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 12/15/2021 | 2007994 | $585.63 | $0.00 | $585.63 | 12/22/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 11/16/2021 | 2006979 | $36.12 | $0.00 | $36.12 | 11/23/2021 |

Sub-totals: $1,762.35  $0.00  $1,762.35

Grand Total: $1,762.35  $0.00