**Fill in this information to identify the case:**

Debtor 1   Erik Andreas Nybo

Debtor 2   Heather Lee Nybo
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number  20-02593 MJC

# Form 4100R

## Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** MIDFIRST BANK

**Court claim no. (if known):** 12

**Last 4 digits** of any number you use to identify the debtor's account: 8638

**Property address:**
58 Washington Boulevard
Williamsport, PA 17701

### Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   04 / 01 / 2024

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:   (a)   $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b)   $ _____
c. **Total.** Add lines a and b.   (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Document ID: bdcfda040b62f6925afeedc178711a9829b66700cbcb38d4698b642e86baf1b3

Case 4:20-bk-02593-MJC    Doc 53    Filed 04/15/24    Entered 04/15/24 21:15:39    Desc
Main Document    Page 1 of 3

| Debtor(s) | Erik Andreas Nybo and Heather Lee Nybo | Case Number (if known): 20-02593 MJC |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*

Michael Farrington
09 Apr 2024, 14:11:08, EDT

Date   04/09/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Erik Andreas Nybo** <br> **Heather Lee Nybo** <br>        **Debtor(s)** | **BK NO. 20-02593 MJC** <br><br> **Chapter 13** |
| **MIDFIRST BANK** <br>        **Movant** <br><br>    vs. <br><br> **Erik Andreas Nybo** <br> **Heather Lee Nybo** <br>        **Debtor(s)** <br><br> **Jack N. Zaharopoulos**, <br>        **Trustee** | **Related to Claim No. 12** |

## CERTIFICATE OF SERVICE
## RESPOSNE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 15, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s) <br>
Erik Andreas Nybo <br>
58 Washington Boulevard <br>
Williamsport, PA 17701 <br>

Heather Lee Nybo <br>
58 Washington Boulevard <br>
Williamsport, PA 17701

Attorney for Debtor(s) (via ECF) <br>
Paul Donald Murphy-Ahles <br>
Dethlefs Pykosh & Murphy <br>
2132 Market Street <br>
Camp Hill, PA 17011

Trustee (via ECF) <br>
Jack N. Zaharopoulos <br>
Standing Chapter 13 (Trustee) <br>
8125 Adams Drive <br>
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: April 15, 2024

                */s/ Michael P. Farrington* <br>
                Michael P. Farrington Esq. <br>
                Attorney I.D. 329636 <br>
                KML Law Group, P.C. <br>
                BNY Mellon Independence Center <br>
                701 Market Street, Suite 5000 <br>
                Philadelphia, PA 19106 <br>
                (215) 825-6488 <br>
                mfarrington@kmllawgroup.com